### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LONNIE W. DEEDS, III**                                                                              **PLAINTIFF**

**v.**                                          **Case No. 4:25-cv-00772-LPR-JTK**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                          **DEFENDANT**

### ORDER

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (Doc. 14) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 6th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE